UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:24-cr-22-SPC-KCD

JADYN HOWARD LOMAN
_____/

**ORDER APPOINTING COUNSEL
UNDER THE CRIMINAL JUSTICE ACT**

This Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment under the Criminal Justice Act, 18 U.S.C. § 3006A (CJA):

**APPOINTMENT OF COUNSEL**

- The Federal Public Defender is appointed as counsel for the Defendant.

**TYPE OF APPOINTMENT**

- Through trial and notice of appeal.

**DONE AND ORDERED** in Fort Myers, Florida on July 18, 2024.

*[signature]*
Kyle C. Dudek
United States Magistrate Judge

Copies furnished to:
Counsel of Record