UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No. 2:24-cr-22-SPC-KCD

JADYN HOWARD LOMAN

### FINAL ORDER OF FORFEITURE

Before the court is the United States' Motion for a Final Order of Forfeiture. (Doc. 61). The Government seeks to have forfeited the assets listed below, which were subject to a February 25, 2025, Preliminary Order of Forfeiture (Doc. 58):

   a)   a Smith and Wesson, M&P Shield, 9mm pistol, serial number JMJ7255;

   b)   a Smith and Wesson, M&P Shield, 9mm pistol, serial number JHE3907; and

   c)   assorted 9mm ammunition.

Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus finds all right, title, and interest in the Assets shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 61) is **GRANTED.**

1. Defendant's interest in the Assets is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rules of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on April 30, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record